**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

UNITED STATES OF AMERICA,

  Plaintiff - Appellee,

v.

ALFREDO ROJO DOMINGUEZ,

  Defendant - Appellant.

No. 23-4250

D.C. No.
2:23-cr-00159-PA-1

MEMORANDUM[*]

Appeal from the United States District Court
for the Central District of California
Percy Anderson, District Judge, Presiding

Submitted April 22, 2025[**]

Before:    GRABER, H.A. THOMAS, and JOHNSTONE, Circuit Judges.

Alfredo Rojo Dominguez appeals from the district court's judgment and

challenges his guilty-plea convictions and concurrent 168-month sentences for

possession with intent to distribute methamphetamine in violation of 21 U.S.C.

§ 841(a)(1), (b)(1)(A)(viii), and being a felon in possession of firearms and

---

[*]    This disposition is not appropriate for publication and is not precedent
except as provided by Ninth Circuit Rule 36-3.

[**]    The panel unanimously concludes this case is suitable for decision
without oral argument.  *See* Fed. R. App. P. 34(a)(2).

ammunition in violation of 18 U.S.C. § 922(g)(1).

Dominguez's counsel filed a brief under *Anders v. California*, 386 U.S. 738 (1967), stating that there are no non-frivolous arguments for appeal. Dominguez has not filed a pro se supplemental brief.

In the plea agreement, Dominguez waived the right to appeal the convictions, except to claim the pleas were involuntary, and the right to appeal most aspects of the sentence. Our independent review of the record, *see Penson v. Ohio*, 488 U.S. 75, 80 (1988), discloses no basis to challenge the voluntariness of Dominguez's pleas or any aspect of the sentence that falls outside the appeal waiver. We therefore affirm as to those issues.

We dismiss the remainder of the appeal because there is no non-frivolous issue as to whether the appeal waiver is enforceable. *See United States v. Watson*, 582 F.3d 974, 986-88 (9th Cir. 2009).

Counsel's motion to withdraw is granted.

**AFFIRMED in part; DISMISSED in part.**

23-4250